B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Allah Burns                                      ,                    Case No.  13-37155
             Debtor

                                                                              Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ ___70.25___            Check one    ☐   With the filing of the petition, or
                                       ☑   On or before _October 18, 2013_

$ ___70.25___   on or before _____November 19, 2013_____

$ ___70.25___   on or before _____December 19, 2013_____

$ ___70.25___   on or before _____January 18, 2014_____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _October 2, 2013_

_/s/ Pamela S. Hollis_
United States Bankruptcy Judge